157 So. 488

## Nettie ALLBRIGHT v. METROPOLITAN LIFE INS. CO.
### 7 Div. 264.

Supreme Court of Alabama.
Oct. 4, 1934.

Rehearing Denied Nov. 1, 1934.

Chas. F. Douglass, of Anniston, for petitioner.

Cabaniss & Johnston, of Birmingham, and Chas. D. Kline, of Anniston, for respondent.

KNIGHT, Justice.

Petition of Nettie Allbright for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Nettie Allbright v. Metropolitan Life Ins. Co., 157 So. 487.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.